IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 98-cr-00003-JLK-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

CLARENCE FIELDS,

        Defendant.

---

**ORDER CONTINUING TERM OF SUPERVISED RELEASE**

---

    THIS MATTER was before the Court upon a petition filed by the probation officer alleging that the defendant had violated the conditions of his supervised release. On January 9, 2009, the defendant admitted to the violations of supervised release as alleged in the probation officer's petition. The Court found that the defendant had violated the terms and conditions of supervised release and continued disposition of the matter generally. A hearing will be scheduled at a later date, upon motion from defense counsel.

    THE COURT, having heard statements by the defendant and defense counsel hereby

    ORDERS that the defendant's supervision be continued and that all original conditions of supervision remain in full force and effect. The Court

    FURTHER ORDERS that the defendant be placed at the Residential Reentry Center until he secures a residence that is approved by the probation officer, **for a period not to exceed ninety (90) days**.

    DATED at Denver, Colorado, this 12th day of January, 2009.

                                BY THE COURT:

                                ***S/John L. Kane***
                                JOHN L. KANE
                                Senior United States District Judge