IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **98-cr-3-JLK**

**UNITED STATES OF AMERICA**,

       Plaintiff,

v.

**CLARENCE FIELDS,**

       Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

      A Supervised Release Revocation Hearing is scheduled for **April 16, 2010 at 11:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

Dated: March 18, 2010