# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| | (For Revocation of Supervised Release) |
| v. | Case Number: 98-cr-00003-JLK-01 |
| | USM Number: 27925-013 |
| CLARENCE FIELDS | Janine Yunker, AFPD |
| | (Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1 through 8, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to Participate in Substance Abuse Testing as Directed by the Probation Officer | 09/17/2008 |
| 2 | Failure to Participate in Substance Abuse Treatment as Directed by the Probation Officer | 07/23/2008 |

    The defendant is sentenced as provided in pages 3 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

    It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

    It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the Court file and retained by the United States Probation Department.

    April 16, 2010
Date of Imposition of Judgment

*s/John L. Kane*
Signature of Judge

John L. Kane, Senior U.S. District Judge
Name & Title of Judge

April 19, 2010
Date

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | Failure to Abstain from the Use of Alcohol While in Substance Abuse Treatment | 09/22/2008 |
| 4 | Possession and Use of a Controlled Substance (Cocaine) | 06/03/2008 |
| 5 | Possession and Use of a Controlled Substance (Cocaine) | 09/22/2008 |
| 6 | Possession and Use of a Controlled Substance (Cocaine) | 10/26/2008 |
| 7 | Violation of the Law - Possession of Over One Gram of a Schedule II Controlled Substance (Cocaine) | 04/30/2009 |
| 8 | Failure to Abide by the Rules of the Residential Reentry Center (RRC) | 04/15/2009 |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of six (6) months to run concurrently to any other federal or state custodial sentence, including Denver County District Court Case No. 09CR2145.

The Court recommends that the Bureau of Prisons credit the defendant with one hundred eleven (111) days presentence confinement.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

_____  
UNITED STATES MARSHAL

By_____  
Deputy United States Marshal